IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John J. Fitzgerald, III  \*
    Plaintiff,
                                                        \*

v.                                                          Case No. 8:24-cv-03634-TDC
                                                        \*

J.J.F. Management Services, Inc.
    Defendant.                                  \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                                                                    (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).


☒ The following corporate affiliations exist with __J.J.F. Management Services, Inc.__:
                                                                                      (name of party)

                              __See Attachment A_____.
                                          (names of affiliates)


☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

    __Federated Mutual Insurance Company_____.
                                      (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

January 28, 2025
Date

*[Signature]*
Signature

Anessa Abrams (Md. Bar No. 012581)
Printed name and bar number

FordHarrison LLP, 2000 M Street, NW
Suite 505, Washington, DC 20036
Address

aabrams@fordharrison.com
Email address

(202) 719-2000
Telephone number

(202) 719-2077
Fax number