# Attachment A

| Corporate Name | DBA |
| --- | --- |
| Fitzgerald Motors, Inc. (Pennsylvania) | Fitzgerald Toyota – Nissan |
| FCC-HAG, LLC (Hagerstown) | Fitzgerald Chevrolet-Cadillac |
| FCDJR-HAG, LLC (Hagerstown) | Fitzgerald Chrysler Dodge Jeep Ram |
| Fitzgerald Auto Mall, Inc. (Frederick) | Fitzgerald Chevrolet Mazda VW |
| Fitzgerald Lakeforest Motors, Inc. (Gaithersburg) | Fitzgerald Toyota, Fitzgerald Certified Used Toyota |
| LFO, Inc. (Gaithersburg) | Fitzgerald Subaru Hyundai Genesis |
| CDOHY, Inc. (Rockville) | Fitzgerald Hyundai Genesis |
| FitzGS, Inc. | Fitzgerald GMC and Fitzgerald Subaru |
| Wheaton Motor City, Inc. (Wheaton) | Fitzgerald Used Motor Vehicles |
| FOC, Inc. (Annapolis) | Fitzgerald Cadillac Volkswagen Mazda Mitsubishi |
| FALPM, Inc. (Lexington Park) | Fitzgerald Chrysler Dodge Jeep Ram |
| Fitzgerald Motors, Inc. (Florida) | Fitzgerald Chrysler Jeep Subaru Hyundai Genesis |