# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN J. FITZGERALD, III, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 8:24-cv-03634-TDC |
| | : | |
| v. | : | |
| | : | |
| J.J.F. MANAGEMENT SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff John J. Fitzgerald, III ("Plaintiff") and Defendant J.J.F. Management Services, Inc. ("JJF", and collectively with Plaintiff, the "Parties") hereby move to modify the Scheduling Order entered on July 7, 2025. In support of this Motion, the Parties state as follows:

1. Plaintiff filed his Complaint on December 16, 2024.

2. JJF filed its Answer on January 28, 2025.

3. On July 7, 2025, the Court entered an Order amending the Scheduling Order (ECF 24) reflecting the following current deadlines:

- Defendant's Rule 26(a)(2) expert disclosures – August 18, 2025
- Plaintiff's rebuttal Rule 26(a)(2) expert disclosures – September 2, 2025
- Rule 26(e)(2) supplementation of disclosures/responses – September 9, 2025
- Completion of discovery; joint status report due – October 10, 2025

4. On June 6, 2025, Plaintiff filed a Stipulated Protective Order (ECF 22), signed by counsel for both Parties, which the Court approved on July 9, 2025 (ECF 25).

1

5. Certain categories of documents which were necessary for review by expert witnesses, including Plaintiff's medical and tax records and Defendant's business records, were withheld from production pending entry of the Stipulated Protective Order.

6. Since the Court's approval of the Stipulated Protective Order, the Parties have been actively engaged in the ongoing process of producing documents in response to discovery requests subject to the Stipulated Protective Order.

7. Accordingly, the Parties require additional time to exchange and review these documents, including additional medical records of Plaintiff, and respectfully request an extension of the remaining deadlines to allow sufficient time for both Parties to complete expert disclosures and discovery. Therefore, the Parties propose modification of the following deadlines:

| Description | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendant's Rule 26(a)(2) expert disclosures | August 18, 2025 | September 15, 2025 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | September 2, 2025 | September 30, 2025 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 9, 2025 | October 7, 2025 |
| Completion of discovery; submission of post-discovery joint status report | October 10, 2025 | November 7, 2025 |

8. No party to this action will be prejudiced by the relief requested in this Motion.

WHEREFORE, the Parties respectfully request this Court grant this Motion and modify the deadlines as proposed herein.

Respectfully submitted,

| | |
|---|---|
| _/s/ Clark S. Adams_ | _/s/ Anessa Abrams_ |
| Clark Adams (Md. Bar No. 21195) | Anessa Abrams (Md. Bar No. 012581) |
| cadams@powell-llc.com | aabrams@fordharrison.com |
| Powell, LLC | FordHarrison LLP |
| 19 N. Court Street, Suite 201 | 2000 M Street, N.W., Suite 505 |
| Frederick, MD 21701 | Washington, DC 20036 |
| (301) 668-7575 | (202) 719-2000 |
| (301) 668-7755 FAX | (202) 719-2077 FAX |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2025, I caused a true and correct copy of the foregoing **JOINT MOTION TO MODIFY SCHEDULING ORDER** to be electronically filed with the Court using the Court's CM/ECF electronic filing system, which will automatically send email notification of such filing to all counsel of record.

    /s/ Anessa Abrams
    Anessa Abrams